IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MERCEE CISLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>MONTANA OFFICE OF PUBLIC<br>INSTRUCTION,<br><br>    Defendant. | CV 26-48-M-KLD<br><br><br>ORDER |

The parties have filed a joint motion to lift the stay in this matter on the grounds that they have received a response from the Department of Administration and the requirements of Montana Code Annotated § 2-9-301 are satisfied. (Doc. 11). Defendant Montana Office of Public Instruction further moves to withdraw its Motion to Dismiss Counts 4 and 5 of the Complaint. (Doc. 11). Accordingly,

IT IS ORDERED that the stay in this matter is hereby lifted and Defendant's Motion to Dismiss (Doc. 3) is terminated as moot.

IT IS FURTHER ORDERED that Defendant has 21 days from the date of

//

//

1

this Order to file its Answer to the Complaint.

DATED this 12th day of August, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge